# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PONTCHARTRAIN NATURAL GAS
SYSTEM, K/D/S PROMIX,
L.L.C., AND ACADIAN GAS
PIPELINE SYSTEM

NO. 2021 CW 0086

VERSUS

**APRIL 23, 2021**

TEXAS BRINE COMPANY, LLC

---

In Re:   Occidental Chemical Corporation, Occidental Petroleum
         Corporation, and Oxy USA, Inc., applying for
         supervisory writs, 23rd Judicial District Court,
         Parish of Assumption, No. 34265.

---

**BEFORE:   WELCH, THERIOT, AND WOLFE, JJ.**

    **WRIT NOT CONSIDERED.** The writ application appears to be untimely. The trial court granted Texas Brine Company, LLC's "Motion to Confirm the Trial Court's Jurisdiction Over the Parties' Tort Claims" in open court on October 22, 2020. From the documents provided with the writ application, it does not appear that the trial court ordered this interlocutory judgment be reduced to writing nor did the parties timely request a written judgment per La. Code Civ. P. art. 1914(B). Therefore, the period to file a notice of intent expired thirty days from the oral ruling. See La. Code Civ. P. art. 1914(A); Uniform Rules of Louisiana Courts of Appeal, Rule 4-3. The notice of intent was not filed until January 22, 2021.

    Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

    In the event relators seek to file a new application with this court, it must contain all pertinent documentation to establish timeliness and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before May 23, 2021 and must contain a copy of this ruling.

**JEW**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

          DEPUTY CLERK OF COURT
            FOR THE COURT